**COMMONWEALTH of Pennsylvania,
Respondent**

v.

**John Robert CARLEY, Jr., Petitioner**

**No. 279 WAL 2016**

Supreme Court of Pennsylvania.

January 18, 2017

## ORDER

PER CURIAM

**AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is hereby **GRANTED, LIMITED TO** the following issue as framed by Petitioner:

When a defendant, following an arrest for DUI, refuses to provide blood for the purposes of chemical testing, is enhanced criminal punishment under 75 Pa.C.S. § 3803(b)(4) and 75 Pa.C.S. § 3804(c) constitutional, when such refusal constitutes the right to refuse a warrantless search, such right provided by the Fourth Amendment to the Constitution of the United States of America?

The Petition is otherwise **DENIED**. The order of the Superior Court affirming Petitioner's judgment of sentence is **VACATED**, and the case is **REMANDED** to the Superior Court for further consideration in light of <u>Birchfield v. North Dakota</u>, 136 S. Ct. 2160 (2016). Jurisdiction relinquished.